■ In the Matter of SARAH P. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LINDA P., Appellant. [735 NYS2d 460] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Rosa, J. (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Pine, J. P., Wisner, Scudder, Kehoe and Gorski, JJ.